## Toledo, Peoria & Warsaw Railway Co.

*v.*

## Leonard Hogle.

A verdict supported by the evidence will not be disturbed.

Appeal from the Circuit Court of Iroquois county; the Hon. Charles H. Wood, Judge, presiding.

This was an action of trespass on the case brought by Leonard Hogle against the Toledo, Peoria & Warsaw Railway Company, to recover the value of a colt, the property of the plaintiff, alleged to have strayed on defendants' track, by reason whereof it was struck and killed by defendants' locomotive and train, by and through the alleged neglect of the company to erect and keep in proper repair the fence along the line of their road, as required by statute. There was a trial by jury, resulting in a verdict for the plaintiff, upon which judgment was entered, and the defendants appeal.

Messrs. Bryan & Cochran, for the appellants.

Messrs Blades & Kay, for the appellee.

Mr. CHIEF JUSTICE LAWRENCE delivered the opinion of the Court:

We presume this appeal was merely taken for delay. No question of law is suggested by counsel. It is said, however, that the proof is not positive as to the identity of the colt killed, with that of plaintiff, but though not positive, it is amply sufficient to justify the verdict.

*Judgment affirmed.*